**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

RICHARD MINSKY,

                Plaintiff,

    v.                                  No. 1:08-CV-0819 (LEK/DRH)

LINDEN RESEARCH, INC., et al.,

                Defendants.

## JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised by United States Magistrate Judge David R. Homer that the parties in the above-captioned case have reported to him that the case has been settled. Counsel has also advised Judge Homer that no infant or incompetent is a party to this action. Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

**ORDERED** that:

1. The above-captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within forty-five (45) days of the date of the filing of this order upon a showing that the settlement was not consummated;

2. The dismissal of the above-captioned case shall become **with prejudice** on the forty-sixth day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within forty-five (45) days of the date of the filing of this order upon a showing that the settlement was not consummated;

3. The Clerk shall forthwith serve by electronic mail copies of this Judgment upon the attorneys for the parties appearing in this action and upon plaintiff pro se by regular mail.

**IT IS SO ORDERED.**

DATED: January 22, 2009
Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge